UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division
**Case Number: 15-10200-CIV-MARTINEZ-GOODMAN**

JOHN DOE NO. 124, by and through JOHN
DOE'S MOTHER, as parent and natural
guardian,

    Plaintiff,

vs.

SCHOOL BOARD OF MONROE COUNTY,
FLORIDA, and WILLIAM BRITT,

    Defendants.
_____/

## ORDER STAYING CASE

THIS CAUSE came before the Court upon parties' Joint Motion to Stay Proceedings [ECF No. 20]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The parties' Joint Motion to Stay Proceedings [ECF No. 20] is **GRANTED**.

2. The previous calendar call and trial dates are hereby **CANCELLED**.

3. This case is **STAYED**. This case is **ADMINISTRATIVELY CLOSED** during the pendency of the stay. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of April, 2016.

                                                      JOSE E. MARTINEZ
                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record